IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN SENUCA and JOSEPHINE SENUCA, | ) ) ) | 2:12-cv-00793-GEB-DAD |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER[*] |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE SERVICING, INC.; and DOES 1-100, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant American Home Mortgage Services, Inc. removed this case from state court asserting that diversity jurisdiction justified removal; however, this removal jurisdiction has not been shown to exist. (ECF No. 1.)

"There is a strong presumption against removal jurisdiction, and the removing party has the burden of establishing that removal is proper." Lindley Contours, LLC v. AABB Fitness Holdings, Inc., 2011 WL 398861, at *1 (9th Cir. Feb. 8, 2011) (internal quotation marks omitted). Defendant has not sufficiently alleged its citizenship or the citizenship of American Home Mortgage Acceptance, Inc. (ECF No. 1.) "To identify a corporation's citizenship for purposes of diversity

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

jurisdiction, 'a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.'" <u>Montrose Chem. Corp. of Cal. v. Am. Motorists Ins. Co.</u>, 117 F.3d 1128, 1134 (9th Cir. 1997) (quoting 28 U.S.C. § 1332(c)(1) (1994)).

   Since the removant has failed to show diversity of citizenship removal jurisdiction, this case is remanded to the Superior Court of the County of Placer, as required by 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a)(1).

Dated:  April 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2